UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN HOUSTON,

    Plaintiff,

v.

U.S. BANK HOME MORTGAGE
WISCONSIN SERVICING, a wholly
owned subsidiary of U.S. Bank, N.A. and
GARY HEIDEL, Executive Director of
the Michigan State Housing Development
Authority,

    Defendant.
_____/

Case No. 10-13780
Honorable Patrick J. Duggan

## **JUDGMENT**

This action arises from the foreclosure of real estate in the City of Detroit, owned by Plaintiff Marilyn Houston ("Plaintiff"). In a Complaint filed August 16, 2010, Plaintiff alleges that Defendant U.S. Bank Home Mortgage ("U.S. Bank") violated federal and state law when it claimed an incorrect arrearage and balance on a mortgage loan U.S. Bank serviced. Plaintiff filed an Amended Complaint on June 1, 2011, adding claims against Gary Heidel, Executive Director of the Michigan State Housing Development Authority ("MSHDA"). On May 2, 2011, this Court dismissed several of Plaintiff's claims in an opinion and order granting a motion to dismiss filed by U.S. Bank. Defendants subsequently filed motions for summary judgment addressing Plaintiff's remaining claims, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

<-</a>
<-</a>
<-</a>

<-</a>

<-</a>

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

Date:  October 14, 2011                             s/PATRICK J. DUGGAN
                                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Vanessa G. Fluker, Esq.
Edward C. Cutlip Jr., Esq.
Davidde A. Stella, Esq.