UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILYN HOUSTON,

       Plaintiff,

v.                                       Case No. 10-13780
                                            Honorable Patrick J. Duggan

U.S. BANK HOME MORTGAGE
WISCONSIN SERVICING, a wholly
owned subsidiary of U.S. Bank, N.A. and
GARY HEIDEL, Executive Director of
the Michigan State Housing Development
Authority,

       Defendant.

_____/

## <u>JUDGMENT</u>

This action arises from the foreclosure of real estate in the City of Detroit, owned

by Plaintiff Marilyn Houston ("Plaintiff"). In a Complaint filed August 16, 2010,

Plaintiff alleges that Defendant U.S. Bank Home Mortgage ("U.S. Bank") violated

federal and state law when it claimed an incorrect arrearage and balance on a mortgage

loan U.S. Bank serviced. Plaintiff filed an Amended Complaint on June 1, 2011, adding

claims against Gary Heidel, Executive Director of the Michigan State Housing

Development Authority ("MSHDA"). On May 2, 2011, this Court dismissed several of

Plaintiff's claims in an opinion and order granting a motion to dismiss filed by U.S. Bank.

Defendants subsequently filed motions for summary judgment addressing Plaintiff's

remaining claims, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Amended

Complaint is **DISMISSED WITH PREJUDICE**.

Date:  October 14, 2011                    s/PATRICK J. DUGGAN
                                           UNITED STATES DISTRICT JUDGE

Copies to:
Vanessa G. Fluker, Esq.
Edward C. Cutlip Jr., Esq.
Davidde A. Stella, Esq.